UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, the STATES of ALASKA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, WASHINGTON, WISCONSIN, the COMMONWEALTHS OF MASSACHUSETTS, PUERTO RICO, AND VIRGINIA, and the DISTRICT OF COLUMBIA *ex rel.* JOSEPH B. SHEA, <br><br>       Plaintiffs, <br><br>v. <br><br>ARTHREX, INC., PETER MILLETT, M.D., and ALM RESEARCH LLC, <br><br>       Defendants. | Civil Action No. 20-cv-10210-ADB |

## PLAINTIFF-RELATOR'S RULE 41 NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the federal False Claims Act, 31 U.S.C. § 3730(b)(1), and comparable provisions of the State False Claims Acts, undersigned counsel for Plaintiff-Relator notifies the Court that he is hereby voluntarily dismissing without prejudice all claims against Defendants Peter Millett, M.D. and ALM Research LLC, which are claims brought on behalf of the Plaintiff United States of America and the Plaintiff States.

Undersigned counsel believes the government plaintiffs will be consenting to this dismissal pursuant to 31 U.S.C. § 3730(b)(1) and comparable provisions of the State False Claims Acts. Undersigned counsel expects the government plaintiffs will do so by filing a separate consent(s) to this Notice of Partial Voluntary Dismissal Without Prejudice of all claims against Defendants Peter Millett, M.D. and ALM Research LLC.

Plaintiff-Relator respectfully requests that the Court enter an order in the form of the attached proposed order after the United States and the States have filed their expected consent(s) to this dismissal.

February 8, 2022	Respectfully submitted,

	 /s/ Suzanne E. Durrell
	Suzanne E. Durrell (BBO #139280)
	Email: suzanne@whistleblowerllc.com
	David W.S. Lieberman (BBO #673803)
	Email: david@whistleblowerllc.com
	Robert M. Thomas, Jr. (BBO #645600)
	Email: bob@whistleblowerllc.com
	WHISTLEBLOWER LAW COLLABORATIVE LLC
	20 Park Plaza, Suite 438
	Boston, MA  02116-4334
	Tel: (617) 366-2800
	Fax: (888) 676-7420

	*Counsel for Plaintiff-Relator*

**CERTIFICATE OF SERVICE**

I, Suzanne E. Durrell, hereby certify that I have on this date served an electronic copy of the foregoing document on the parties of record representing the interests of the United States of America and the representative state governments. As the Defendants have not been served the *qui tam* Complaint, they will not be served this Notice.

Dated: February 8, 2022	 */s/ Suzanne E. Durrell*
	Suzanne E. Durrell

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, the STATES of ALASKA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, WASHINGTON, WISCONSIN, the COMMONWEALTHS OF MASSACHUSETTS, PUERTO RICO, AND VIRGINIA, and the DISTRICT OF COLUMBIA *ex rel.* JOSEPH B. SHEA,<br><br>                      Plaintiffs,<br><br>    v.<br><br>ARTHREX, INC., PETER MILLETT, M.D., and ALM RESEARCH LLC,<br><br>                      Defendants. | Civil Action No.  20-cv-10210-ADB |

**[Proposed]**
**ORDER ON PLAINTIFF-RELATOR'S NOTICE OF**
**PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff-Relator having requested, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that certain claims in the above-captioned action be dismissed without prejudice; and the United States and the States having consented, in the interests of justice, to such dismissal without prejudice:

IT IS HEREBY ORDERED THAT the claims against Defendants Peter Millett, M.D. and ALM Research LLC in this action are dismissed without prejudice.

Dated: _____          _____
                                                                                  ALLISON D. BURROUGHS
                                                                                  United States District Judge