UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, the STATES of ALASKA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, WASHINGTON, WISCONSIN, the COMMONWEALTHS OF MASSACHUSETTS, PUERTO RICO, AND VIRGINIA, and the DISTRICT OF COLUMBIA *ex rel.* JOSEPH B. SHEA,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>ARTHREX, INC., PETER MILLETT, M.D., and ALM RESEARCH LLC,<br><br>　　　　　　　Defendants. | Civil Action No. 20-cv-10210-ADB |

## ORDER ON PLAINTIFF-RELATOR'S NOTICE OF
## PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff-Relator having requested, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that certain claims in the above-captioned action be dismissed without prejudice; and the United States and the States having consented, in the interests of justice, to such dismissal without prejudice:

IT IS HEREBY ORDERED THAT the claims against Defendants Peter Millett, M.D. and ALM Research LLC in this action are dismissed without prejudice.

Dated:  February 11, 2022

_____
ALLISON D. BURROUGHS
United States District Judge